EX PARTE L. T. PRINCE.

No. 24486. June 22, 1949.
State's Motion for Dismissal of Motion for Rehearing Granted
October 19, 1949.

GRAVES, Judge, dissenting.

*Fred Whitaker* and *Thomas A. Bankhead,* Carthage, for relator.

*Emmett Wilburn,* District Attorney, Center, and *George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

Appellant is under indictment for the murder of his wife. Upon his application, bail was refused, pending trial. The appeal is from that order.

It is the policy of this court in cases of this character not to state the facts at length. It is sufficient here to say that from the record before us appellant's guilt of the crime charged depends upon his written confession.

The admissions of the officers who had appellant in custody and to whom the confession was made are such as to substantially raise a fact question as to the admissibility of the confession. The length of time appellant was questioned and the different places to which he was carried are, under the circumstances shown, such that a jury would be warranted in concluding that the confession was not voluntary—all of which is shown by the state's testimony, as the appellant did not testify.

Such being true, we cannot say that the record before us shows a capital offense upon proof evident, within the meaning of Art. 1, Sec. 11, of the Constitution of this state.

Accordingly, the judgment is reversed and bail is fixed at the sum of seventy-five hundred dollars.

GRAVES, Judge (dissenting). I dissent from the allowance of bail.

Opinion approved by a majority of the court.

ON MOTION FOR REHEARING.

GRAVES, Judge.

The district attorney representing the state in this cause filed a motion for a rehearing herein within the time allowed by law, and later filed an instrument in writing requesting the privilege of withdrawing such motion.

The request is granted, and the state's motion for a rehearing is dismissed.